# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JAMES M. McPHERSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-3145-CV-W-FJG |
| ) | |
| O'REILLY AUTOMOTIVE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Currently pending before the Court is plaintiff's Motion to Transfer Venue (Doc. # 10). Plaintiff requests that the case be transferred to the Western Division of the United States District Court for the Western District of Missouri on the basis of forum non conveniens. Plaintiff states that he is a resident of Independence, Missouri. He also states that most of the events that led to the filing of the lawsuit took place in the Western District. Plaintiff states that transferring this case to the Western Division would provide a more convenient forum for both the parties and the witnesses. Defendant did not respond to the Motion. Accordingly, for good cause shown, the Motion is hereby **GRANTED** and this case is hereby transferred to the Western Division for the United States District Court for the Western District of Missouri.

Date: April 11, 2006  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge